UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ARTHUR CHATMAN, | ) | CASE NO. ED CV 10-16-SVW (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| URIBE A. WARDEN (A), | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:    September 21, 2010  .

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~6358614.wpd